UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARLON WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>JOE SALLIVAN,<br><br>    Respondent. | Case No. CV 17-02446-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer to the Petitioner, Petitioner's Traverse, the records on file, the Report and Recommendation of the United States Magistrate Judge and Objections thereto by Petitioner. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: April 16, 2018

_____
OTIS D. WRIGHT, II
United States District Judge