JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARLON WILLIAMS, | Case No. CV 17-02446-ODW (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| JOE SALLIVAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: __April 16, 2018

_____
OTIS D. WRIGHT, II
United States District Judge